# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

James A. Paluch, Jr.,                         :
                 Appellant      :
                            :
          v.                    :     No. 114 C.D. 2016
                            :
Jeffrey A. Beard, William S.                  :
Stickman III, Gerald L. Rozum,                :
Steven M. Gates, Allen G. Joseph,             :
Daniel Gehlmann, Mandy Biser,                 :
Robert Snyder, Robert S. Bitner,              :
Donald Williamson, Melissa Hughes,            :
Timothy Lucas, Susan Darr and John            :
Doe Officer #1                                :

## PER CURIAM               O R D E R

     **NOW**, April 30, 2018, it is ordered that the above-captioned Memorandum Opinion, filed March 12, 2018, shall be designated OPINION and shall be REPORTED.